UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INSTA MORTGAGE f/k/a<br>ARCUS LENDING, INC.<br><br>             Plaintiff,<br><br>     v.<br><br>MICHELLE LOZOYA and<br>AHL FUNDING d/b/a<br>AMERICAN HOME LOANS,<br><br>             Defendants.<br><hr>MICHELLE LOZOYA,<br><br>             Counter-Claimant,<br><br>     v.<br><br>INSTA MORTGAGE f/k/a<br>ARCUS LENDING, INC.<br>And SHASHANK SHEKHAR,<br><br>             Counter-Defendants. | Case No. 5:22-cv-03006 (NC)<br><br>**AGREED ORDER OF DISMISSAL OF INSTAMORTGAGE'S COMPLAINT AS TO AHL FUNDING** |

### AGREED ORDER OF DISMISSAL OF CLAIMS BETWEEN INSTAMORTGAGE & AHL FUNDING

The Court, having considered the Parties' Agreed Motion to Dismiss (the "Motion"), and noting the agreement of the Parties, hereby finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED that in the above-entitled cause Plaintiff InstaMortgage f/k/a Arcus Lending, Inc.'s ("InstaMortgage's") complaint as to Defendant AHL Funding d/b/a American Home Loans ("AHL") only is hereby DISMISSED, with prejudice.

1
AGREED ORDER OF DISMISSAL OF CLAIMS BETWEEN INSTAMORTGAGE AND AHL

IT IS HEREBY ORDERED that the submission of the Motion does not constitute an admission of fault or liability by any party, nor does it constitute evidence of any liability or unlawful conduct on the part of any party.

IT IS FURTHER ORDERED that all costs and expenses relating to this litigation (including attorney fees and expenses) shall be borne solely by the party incurring same.

This is a Final Judgment.

Dated: June 22, 2023

